JS-6

1  Jake D. Finkel, Esq. (SBN 293954)
2  Sheryl L. Marx, Esq. (SBN 311475)
3  jake@finkelfirm.com
   sheryl@finkelfirm.com
4  **THE FINKEL FIRM**
5  3470 Wilshire Blvd., Suite 830
   Los Angeles, CA 90010
6  Tel: (213) 787-7411
7  Fax: (323) 916-0521

8  Attorneys for Plaintiff
9  EMERSON TOLEDO

10

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13

14  EMERSON TOLEDO, an individual,          Case No.: 5:22-cv-01548-JGB-SP
                                            *Assigned to: District Judge Jesus G.*
15                                          *Bernal, Magistrate Judge Sheri Pym*
          Plaintiff,
16

17      vs.

18                                          **ORDER DISMISSING CASE**
    FEDERAL EXPRESS CORPORATION,            **WITH PREJUDICE**
19  a Delaware corporation; ROBERTO
20  DOE, an individual; and DOES 1 through
    100, inclusive,
21

22        Defendants.

23

24                                          Came on this day to be considered,

25  Plaintiff   EMERSON   TOLEDO   and   Defendants   FEDERAL   EXPRESS

26  CORPORATION  and  ROBERTO  DOE's  Joint  Stipulation  of  Dismissal  with

27  Prejudice.

28  ///

---

1

**ORDER**

1    It is HEREBY ORDERED that all claims and the entire action are HEREBY

2  DISMISSED WITH PREJUDICE.

3

4  September 28, 2023     _____

5                        Jesus G. Bernal, U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**